**Hunter R. LEVI, Petitioner,**

v.

**UNITED STATES DEPARTMENT OF LABOR, Respondent,**

**Anheuser–Busch Companies, Inc., Intervenor.**

No. 09–3656.

United States Court of Appeals, Eighth Circuit.

Submitted: July 29, 2010.

Filed: Aug. 3, 2010.

Hunter R. Levi, Overland Park, KS, for Petitioner.

Paul L. Frieden, Roger W. Wilkinson U.S. Department of Labor, Office of the Solicitor, Washington, DC, Joseph James Torres, Winston & Strawn, Chicago, IL, for Respondent and Intervenor.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

Hunter Levi petitions for review of a final order of the United States Department of Labor Administrative Review Board (ARB), affirming the dismissal of his administrative complaint that Anheuser Busch Companies, Inc., violated the whistleblower provisions of the Sarbanes–Oxley Act of 2002, 18 U.S.C. § 1514A. Having carefully reviewed the record, we conclude that the ARB's decision is not arbitrary, capricious, an abuse of discretion, contrary to the law, or unsupported by substantial evidence in the record. *See* 49 U.S.C. § 42121(b)(4)(A), providing for review of an ARB decision under the Administrative Procedure Act; 5 U.S.C. § 706(2), pre-scribing the APA standard of review. Levi's contention that the Department of Labor is selectively enforcing the law is without merit. Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.